**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRAY DANIELS,<br><br>Plaintiff,<br><br>vs.<br><br>ADELPHOI USA, ADELPHOI VILLAGE, ADELPHOI EDUCATION, INC., ADELPHOI WESTERN REGION, INC., and JOHN/JANE DOES 1-100,<br><br>Defendants. | : | No. 2:26-cv-07061-JLS |

**DEFENDANTS ADELPHOI USA'S, ADELPHOI VILLAGE'S, ADELPHOI EDUCATION, INC.'S, AND ADELPHOI WESTERN REGION, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT**

Defendants Adelphoi USA ("Adelphoi USA"), Adelphoi Village ("Adelphoi Village"), Adelphoi Education, Inc. ("Adelphoi Education"), and Adelphoi Western Region, Inc. ("Adelphoi Western Region") (collectively, "Adelphoi Defendants"), by and through their counsel, K&L Gates LLP, hereby submit their Answer and Affirmative Defenses to the Third Amended Complaint ("TAC") filed by Plaintiff Tray Daniels ("Daniels" or "Plaintiff") and, in support thereof, state as follows:

1. The allegations set forth in Paragraph 1 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 1 of the TAC.

2. The allegations set forth in Paragraph 2 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 2 of the TAC.

3. The allegations set forth in Paragraph 3 of the TAC are admitted in part and denied in part. It is admitted only that (i) Adelphoi Education and Adelphoi Western Region offer rehabilitation, education and support services for youth through a trauma-informed approach, (ii) Adelphoi Village offers rehabilitation and support services for youth through a trauma-informed approach, (iii) Adelphoi USA was incorporated in 1972, (iv) the Adelphoi Defendants are managed by leaders and innovators in the field of juvenile justice, (v) Adelphoi Village is the only Adelphoi Defendant that offers a residential program, and (vi) the Adelphoi Defendants serve local and out-of-state individuals. The remaining allegations set forth in Paragraph 3 of the TAC are specifically denied.

4. The allegations set forth in Paragraph 4 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 4 of the TAC.

5. The allegations set forth in Paragraph 5 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 5 of the TAC.

6. The allegations set forth in Paragraph 6 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 6 of the TAC.

7. The allegations set forth in Paragraph 7 of the TAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 7 of the TAC.

8. The allegations set forth in Paragraph 8 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 8 of the TAC

9. The allegations set forth in Paragraph 9 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 9 of the TAC

10. The allegations set forth in Paragraph 10 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 10 of the TAC.

11. The allegations set forth in Paragraph 11 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 11 of the TAC.

12. The Adelphoi Defendants deny the allegations set forth in Paragraph 12 of the TAC. After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the accuracy or source of the alleged quote that is set forth in Paragraph 12 of the TAC and, therefore, the allegations set forth in Paragraph 12 of the

TAC are denied for this reason as well.

13. The allegations set forth in Paragraph 13 of the TAC are admitted in part and denied in part. It is admitted only that (i) Adelphoi Village's programs include room and board, clothing, behavior management, individual and group counseling, and recreational activities, and (ii) Adelphoi Education's program includes academic and vocational programming. The remaining allegations set forth in Paragraph 13 of the TAC are specifically denied.

14. The allegations set forth in Paragraph 14 of the TAC are admitted in part and denied in part. It is admitted only that the Adelphoi Village offers services for court-adjudicated youth and non-delinquent youth. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to whether the allegation set forth in Paragraph 14 of the TAC is expressly contained on https://www.Adelphoi.org/ and, therefore, this allegation in Paragraph 14 of the TAC is specifically denied.

15. The allegations set forth in Paragraph 15 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 15 of the TAC.

16. The allegations set forth in Paragraph 16 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 16 of the TAC.

17. The allegations set forth in Paragraph 17 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 17 of the TAC.

18. The allegations set forth in Paragraph 18 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 18 of the TAC.

19. The allegations set forth in Paragraph 19 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 19 of the TAC.

20. The allegations set forth in Paragraph 20 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 20 of the TAC. By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

21. The allegations set forth in Paragraph 21 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 21 of the TAC.

22. The allegations set forth in Paragraph 22 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 22 of the TAC.

23. The allegations set forth in Paragraph 23 of the TAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 23 of the TAC. After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 23 of the TAC and they are, therefore, specifically denied for this reason as well.

## JURISDICTION AND VENUE

24. The allegations set forth in Paragraph 24 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 24 of the TAC.

25. The allegations set forth in Paragraph 25 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 25 of the TAC.

26. The allegations set forth in Paragraph 26 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 26 of the TAC.

27. The allegations set forth in Paragraph 27 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 27 of the TAC.

28. The allegations set forth in Paragraph 28 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 28 of the TAC.

**PARTIES**

29. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 29 of the TAC and they are, therefore, specifically denied.

30. The allegations set forth in Paragraph 30 of the TAC are admitted.

31. The allegations set forth in Paragraph 31 of the TAC are admitted in part and denied in part. It is admitted only that an entity named Adelphoi Village, Inc. is a registered business with a corporate headquarters office at 1119 Village Way, Latrobe, PA 15650. The remaining allegations set forth in Paragraph 31 of the TAC are specifically denied. By way of further response, it is specifically denied that an entity named Adelphoi Village is a registered business with a corporate headquarters office at 1119 Village Way, Latrobe, PA 15650.

32. The allegations set forth in Paragraph 32 of the TAC are admitted.

33. The allegations set forth in Paragraph 33 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 33 of the TAC.

34. The allegations set forth in Paragraph 34 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 34 of the TAC.

35. After a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 35 of the TAC and they are, therefore, specifically denied.

**TOLLING OF STATUTE OF LIMITATIONS**

36. The allegations set forth in Paragraph 36 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 36 of the TAC.

37. The allegations set forth in Paragraph 37 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 37 of the TAC.

38. The allegations set forth in Paragraph 38 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 38 of the TAC.

39. The allegations set forth in Paragraph 39 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 39 of the TAC.

40. The allegations set forth in Paragraph 40 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 40 of the TAC.

41. The allegations set forth in Paragraph 41 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 41 of the TAC.

42. The allegations set forth in Paragraph 42 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 42 of the TAC.

43. The allegations set forth in Paragraph 43 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 43 of the TAC. After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 43 of the TAC and they are, therefore, specifically denied for this reason as well.

## FACTUAL BACKGROUND

### A. Defendants Had a Duty To Provide a Safe And Secure Facility for Juveniles and Provide Educational Opportunities Committed or Otherwise Housed at Adelphoi Pursuant to Constitutional and State Law Mandates.

44. The allegations set forth in Paragraph 44 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 44 of the TAC.

45. The allegations set forth in Paragraph 45 of the TAC are admitted in part and denied in part. It is admitted only that Adelphoi Village accepts juveniles for placement pursuant to court orders issued by various county and state governmental units. The remaining allegations set forth in Paragraph 45 of the TAC are specifically denied.

46. The allegations set forth in Paragraph 46 of the TAC are admitted in part and denied in part. It is admitted only that (i) Adelphoi USA was incorporated in 1972, (ii) Adelphoi Village has provided juvenile residential care since Adelphoi Village's inception and offers meaningful opportunities for personal growth, and (iii) Adelphoi Education assesses the unique needs of each student and offers meaningful opportunities for personal growth. The remaining allegations set forth in Paragraph 46 of the TAC are specifically denied.

47. The allegations set forth in Paragraph 47 of the TAC are admitted in part and denied in part. It is admitted only that (i) children with a wide range of backgrounds and abilities attend Adelphoi Village and Adelphoi Education, (ii) Adelphoi Education offers education for youths, (iii) Adelphoi Village offers clinical and therapeutic programs for youth, (iv) Adelphoi Village provides in-home therapy and in-home counseling for youth, which may include the youth's family, and (v) Adelphoi Village's programs include therapeutic group homes and supervised independent living facilities. The remaining allegations set forth in Paragraph 47 of the TAC are specifically denied.

48. The allegations set forth in Paragraph 48 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 48 of the TAC.

49. The allegations set forth in Paragraph 49 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 49 of the TAC.

50. The allegations set forth in Paragraph 50 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 50 of the TAC.

51. The allegations set forth in Paragraph 51 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 51 of the TAC.

52. The allegations set forth in Paragraph 52 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 52 of the TAC. After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 52 of the TAC and they are, therefore, specifically denied for this reason as well.

53. The allegations set forth in Paragraph 53 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 53 of the TAC

54. The allegations set forth in Paragraph 54 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 54 of the TAC.

55. The allegations set forth in Paragraph 55 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 55 of the TAC.

56. The allegations set forth in Paragraph 56 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 56 of the TAC.

57. The allegations set forth in Paragraph 57 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 57 of the TAC.

58. The allegations set forth in Paragraph 58 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 58 of the TAC. After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 58 of the TAC and they are, therefore, specifically denied for this reason as well.

59. The allegations set forth in Paragraph 59 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 59 of the TAC.

60. The allegations set forth in Paragraph 60 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 60 of the TAC.

61. The allegations set forth in Paragraph 61 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 61 of the TAC.

62. The allegations set forth in Paragraph 62 of the TAC are admitted in part and denied in part. It is admitted only that the Adelphoi Defendants receive some portion of their funding from the Commonwealth of Pennsylvania and other government entities. The remaining allegations set forth in Paragraph 62 of the TAC are specifically denied. By way of further response, the Adelphoi Defendants specifically deny that they receive federal funding.

63. The allegations set forth in Paragraph 63 of the TAC are admitted in part and denied in part. It is admitted only that Adelphoi Village provides a rehabilitative program for juveniles and delinquent youth. The remaining allegations set forth in Paragraph 63 of the TAC are specifically denied. After a reasonable investigation, the Adelphoi Defendants are also without knowledge or information sufficient to form a belief as to the accuracy or source of the alleged quote that is set forth in Paragraph 63 of the TAC and, therefore, the allegations set forth

in Paragraph 63 of the TAC are specifically denied for this reason as well.

64. The allegations set forth in Paragraph 64 of the TAC are admitted in part and denied in part. It is admitted only that (i) Adelphoi Village has admitted at least one juvenile from Pennsylvania, New York, Delaware, Ohio, and West Virginia into its programs since Adelphoi Village's inception, and (ii) counties in New York, Ohio, and Pennsylvania have, at some point in time, had government contracts with Adelphoi Village and Adelphoi Education for placing juveniles into their programs. The remaining allegations set forth in Paragraph 64 of the TAC are specifically denied.

65. The allegations set forth in Paragraph 65 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 65 of the TAC.

66. The allegations set forth in Paragraph 66 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 66 of the TAC.

67. The allegations set forth in Paragraph 67 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 67 of the TAC

**B. <u>Pattern and Practice of Abuse and Institutional Failure</u>**

68. The allegations set forth in Paragraph 68 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 68 of the TAC.

69. The allegations set forth in Paragraph 69 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 69 of the TAC.

70. The allegations set forth in Paragraph 70 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 70 of the TAC.

71. The allegations set forth in Paragraph 71 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 71 of the TAC.

72. The allegations set forth in Paragraph 72 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 72 of the TAC.

73. The allegations set forth in Paragraph 73 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 73 of the TAC.

## STATEMENT OF FACTS

74. The allegations set forth in Paragraph 74 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent that a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 74 of the TAC.

75. The allegations set forth in Paragraph 75 of the TAC are admitted in part and denied in part. It is admitted only that Daniels resided at Adelphoi Village from approximately November 2013 until July 2014, when he was between 16 and 17 years old. The remaining allegations set forth in Paragraph 75 of the TAC are specifically denied. By way of further response, Daniels was not involved in any way with any other Adelphoi entity named in the TAC other than Adelphoi Village.

76. The allegations set forth in Paragraph 76 of the TAC are admitted in part and denied in part. It is admitted only that Daniels was court-ordered to attend Adelphoi Village and was placed at Adelphoi Village by the Allegheny County Juvenile Probation Office. All other allegations set forth in Paragraph 76 of the TAC are specifically denied.

77. The allegations set forth in Paragraph 77 of the TAC state conclusions of law to which no response is required and they, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 77 of the TAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 77 of the TAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 77 of the TAC are denied for this reason as well.

78. The allegations set forth in Paragraph 78 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 78 of the TAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 78 of the TAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 78 of the TAC are denied for this reason as well.

79. The allegations set forth in Paragraph 79 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 79 of the TAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 79 of the TAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 79 of the TAC are denied for this reason as well.

80. The allegations set forth in Paragraph 80 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 80 of the TAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 80 of the TAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 80 of the TAC are denied for

this reason as well.

81. The allegations set forth in Paragraph 81 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 81 of the TAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 81 of the TAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 81 of the TAC are denied for this reason as well.

82. The allegations set forth in Paragraph 82 of the TAC are specifically denied.

83. The allegations set forth in Paragraph 83 of the TAC are specifically denied.

84. The allegations set forth in Paragraph 84 of the TAC are specifically denied.

85. The allegations set forth in Paragraph 85 of the TAC are specifically denied.

86. The allegations set forth in Paragraph 86 of the TAC are specifically denied.

87. The allegations set forth in Paragraph 87 of the TAC are specifically denied.

88. The allegations set forth in Paragraph 88 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants state that after a reasonable investigation they are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 88 of the TAC and they are, therefore, denied for this reason as well.

89. The allegations set forth in Paragraph 89 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 89 of

the TAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 89 of the TAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 89 of the TAC are denied for this reason as well.

90. The allegations set forth in Paragraph 90 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 90 of the TAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 90 of the TAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 90 of the TAC are denied for this reason as well.

91. The allegations set forth in Paragraph 91 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 91 of the TAC.

92. The allegations set forth in Paragraph 92 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 92 of the TAC.

93. The allegations set forth in Paragraph 93 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 93 of the TAC.

94. The allegations set forth in Paragraph 94 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 94 of the TAC.

95. The allegations set forth in Paragraph 95 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 95 of the TAC. Additionally, after a reasonable investigation, the Adelphoi Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in Paragraph 95 of the TAC because the identity of "Mr. Dave" is lacking specificity for identification and, therefore, the allegations set forth in Paragraph 95 of the TAC are denied for this reason as well.

96. The allegations set forth in Paragraph 96 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 96 of the TAC.

97. The allegations set forth in Paragraph 97 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 97 of the TAC.

98. The allegations set forth in Paragraph 98 of the TAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 98 of the TAC.

99. The allegations set forth in Paragraph 99 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 99 of the TAC.

**C. Defendants' Violations of the Constitutional Rights of Plaintiff, Abuse of Trust, and Violations of the Standard of Care Pursuant to the States' and Commonwealth's Respective Laws, Rules, Regulations, and Statues.**

100. The allegations set forth in Paragraph 100 of the TAC are specifically denied.

101. The allegations set forth in Paragraph 101 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 101 of the TAC. By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

102. The allegations set forth in Paragraph 102 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 102 of the TAC.

103. The allegations set forth in Paragraph 103 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 103 of the TAC.

104. The allegations set forth in Paragraph 104 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 104 of the TAC.

105. The allegations set forth in Paragraph 105 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 105 of the TAC.

## CAUSES OF ACTION

## FEDERAL CLAIMS PURSUANT TO THE UNITED STATES CONSTITUTION

### COUNT 1
**Violations of Title IX 20 U.S.C. § 1681 *et seq.***
**Deliberate Indifference to Sexual Harassment, Sexual Abuse, and a Sexually Hostile Educational Environment**
**Plaintiff v. Adelphoi Defendants**

106. Paragraph 106 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-105 of the TAC as if fully set forth herein.

107. The allegations set forth in Paragraph 107 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 107 of the TAC.

108. The allegations set forth in Paragraph 108 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is

deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 108 of the TAC.

109. The allegations set forth in Paragraph 109 of the TAC are admitted in part and denied in part. It is admitted only that Adelphoi Education's programs consist of educational programs. The remaining allegations set forth in Paragraph 109 of the TAC are specifically denied.

110. The allegations set forth in Paragraph 110 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 110 of the TAC. By way of further response, the Adelphoi Defendants specifically deny that they receive federal funding.

111. The allegations set forth in Paragraph 111 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 111 of the TAC.

112. The allegations set forth in Paragraph 112 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 112 of the TAC.

113. The allegations set forth in Paragraph 113 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 113 of the TAC.

114. The allegations set forth in Paragraph 114 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 114 of the TAC.

115. The allegations set forth in Paragraph 115 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 115 of the TAC.

116. The allegations set forth in Paragraph 116 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 116 of the TAC.

117. The allegations set forth in Paragraph 117 of the TAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 117 of the TAC, including its subparts.

118. The allegations set forth in Paragraph 118 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 118 of the TAC.

**COUNT 2**
**42 U.S.C. § 1983 – Fourteenth Amendment.**

**Deliberate Indifference/Failure to Protect/Deprivation of Bodily Integrity**
**Plaintiff v. Adelphoi Defendants**

119. Paragraph 119 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-118 of the TAC as if fully set forth herein.

120. The allegations set forth in Paragraph 120 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 120 of the TAC.

121. The allegations set forth in Paragraph 121 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 121 of the TAC.

122. The allegations set forth in Paragraph 122 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 122 of the TAC.

123. The allegations set forth in Paragraph 123 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 123 of the TAC.

124. The allegations set forth in Paragraph 124 of the TAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied. To the

extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 124 of the TAC, including its subparts.

125. The allegations set forth in Paragraph 125 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 125 of the TAC.

126. The allegations set forth in Paragraph 126 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 126 of the TAC.

127. The allegations set forth in Paragraph 127 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 127 of the TAC.

128. The allegations set forth in Paragraph 128 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 128 of the TAC.

## PENNSYLVANIA STATE LAW CLAIMS

### COUNT 4 – Negligence
### <u>Plaintiff v. Adelphoi Defendants</u>

129. Paragraph 129 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-128 of the TAC as if fully set forth

herein.

130. The allegations set forth in Paragraph 130 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 130 of the TAC.

131. The allegations set forth in Paragraph 131 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 131 of the TAC.

132. The allegations set forth in Paragraph 132 of the TAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 132 of the TAC, including its subparts.

133. The allegations set forth in Paragraph 133 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 133 of the TAC.

**COUNT 5 – Negligent Hiring**
**Plaintiff v. Adelphoi Defendants**

134. Paragraph 134 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-133 of the TAC as if fully set forth herein.

135. The allegations set forth in Paragraph 135 of the TAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 135 of the TAC.

136. The allegations set forth in Paragraph 136 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 136 of the TAC.

137. The allegations set forth in Paragraph 137 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 137 of the TAC.

138. The allegations set forth in Paragraph 138 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 138 of the TAC.

139. The allegations set forth in Paragraph 139 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 139 of the TAC.

**COUNT 6 – Negligent Retention**
**Plaintiff v. Adelphoi Defendants**

140. Paragraph 140 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-139 of the TAC as if fully set forth

herein.

141. The allegations set forth in Paragraph 141 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 141 of the TAC.

142. The allegations set forth in Paragraph 142 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 142 of the TAC.

143. The allegations set forth in Paragraph 143 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 143 of the TAC.

144. The allegations set forth in Paragraph 144 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 144 of the TAC.

**COUNT 7 – Negligent Supervision**
**<u>Plaintiff v. Adelphoi Defendants</u>**

145. Paragraph 145 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-144 of the TAC as if fully set forth herein.

146. The allegations set forth in Paragraph 146 of the TAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 146 of the TAC

147. The allegations set forth in Paragraph 147 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 147 of the TAC.

148. The allegations set forth in Paragraph 148 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 148 of the TAC.

149. The allegations set forth in Paragraph 149 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 149 of the TAC.

150. The allegations set forth in Paragraph 150 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 150 of the TAC.

**COUNT 8 – Gross Negligence**
**Plaintiff v. Adelphoi Defendants**

151. Paragraph 151 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-150 of the TAC as if fully set forth

herein.

152. The allegations set forth in Paragraph 152 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 152 of the TAC.

153. The allegations set forth in Paragraph 153 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 153 of the TAC.

154. The allegations set forth in Paragraph 154 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 154 of the TAC.

155. The allegations set forth in Paragraph 155 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 155 of the TAC. By way of further response, the Adelphoi Defendants specifically deny that they were reckless.

156. The allegations set forth in Paragraph 156 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 156 of the TAC

157. The allegations set forth in Paragraph 157 of the TAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 157 of the TAC.

**COUNT 10 – Vicarious Liability/Respondeat Superior**
**<u>Plaintiff v. Adelphoi Defendants</u>**

158. Paragraph 158 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-157 of the TAC as if fully set forth herein.

159. The allegations set forth in Paragraph 159 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 159 of the TAC.

160. The allegations set forth in Paragraph 160 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 160 of the TAC.

161. The allegations set forth in Paragraph 161 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 161 of the TAC.

162. The allegations set forth in Paragraph 162 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in

Paragraph 162 of the TAC.

**COUNT 11 – Negligent Infliction of Emotional Distress**
**Plaintiff v. Adelphoi Defendants**

163. Paragraph 163 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-162 of the TAC as if fully set forth herein.

164. The allegations set forth in Paragraph 164 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 164 of the TAC.

165. The allegations set forth in Paragraph 165 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 165 of the TAC.

166. The allegations set forth in Paragraph 166 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 166 of the TAC.

167. The allegations set forth in Paragraph 167 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 167 of the TAC.

**COUNT 12 – Corporate Liability**

**Plaintiff v. Adelphoi Defendants**

168. Paragraph 168 of the TAC is an incorporation-by-reference paragraph to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants incorporate by reference their responses to Paragraphs 1-167 of the TAC as if fully set forth herein.

169. The allegations set forth in Paragraph 169 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 169 of the TAC.

170. The allegations set forth in Paragraph 170 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 170 of the TAC.

171. The allegations set forth in Paragraph 171 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 171 of the TAC.

172. The allegations set forth in Paragraph 172 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 172 of the TAC.

173. The allegations set forth in Paragraph 173 of the TAC, including its subparts, state conclusions of law to which no response is required and they are, therefore, denied. To the

extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 173 of the TAC, including its subparts.

174. The allegations set forth in Paragraph 174 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 174 of the TAC.

175. The allegations set forth in Paragraph 175 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 175 of the TAC.

176. The allegations set forth in Paragraph 176 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 176 of the TAC.

177. The allegations set forth in Paragraph 177 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 177 of the TAC.

178. The allegations set forth in Paragraph 178 of the TAC state conclusions of law to which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 178 of the TAC.

179. The allegations set forth in Paragraph 179 of the TAC state conclusions of law to

which no response is required and they are, therefore, denied. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 179 of the TAC.

**JURY TRIAL DEMAND**

180. The allegations set forth in Paragraph 180 of the TAC contain a jury demand to which no response is required. To the extent a response is deemed necessary, the Adelphoi Defendants specifically deny the allegations set forth in Paragraph 180 of the TAC.

**AFFIRMATIVE DEFENSES**

The Adelphoi Defendants reserve the right to assert any and all applicable defenses to Plaintiff's claims. Without limiting the generality of the foregoing, and without regard to whether the defenses set forth below are affirmative defenses within the meaning of Fed. R. Civ. P. 8(c), and without conceding that any such defense must be set forth in their Answer, the Adelphoi Defendants state as follows:

**FIRST AFFIRMATIVE DEFENSE**

All of Plaintiff's claims against the Adelphoi Defendants in the TAC are barred by the applicable rules and statute of limitations.

**SECOND AFFIRMATIVE DEFENSE**

The TAC fails to state a claim for relief or cause of action upon which relief can be granted against the Adelphoi Defendants.

**THIRD AFFIRMATIVE DEFENSE**

The Adelphoi Defendants assert immunity from the imposition of damages which are premised upon negligent conduct, as that term is defined in *Davidson v. Cannon*, 106 S.Ct. 668 (1987), and *Daniels v. Williams*, 106 S.Ct. 662 (1986).

**FOURTH AFFIRMATIVE DEFENSE**

All policies, procedures and/or customs of the Adelphoi Defendants are in accordance with all laws, rules, regulations, statutes, and the Constitution of the United States and the Commonwealth of Pennsylvania.

**FIFTH AFFIRMATIVE DEFENSE**

The TAC fails to plead or prove a legitimate, sufficient, and/or viable official policy or custom sufficient to support a claim for municipal liability against the Adelphoi Defendants.

**SIXTH AFFIRMATIVE DEFENSE**

The Adelphoi Defendants assert all common law, statutory, absolute, and/or qualified immunity to which they may be entitled.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff was, at all times relevant to the TAC, afforded all rights and privileges to which he was entitled under the United States Constitution, Pennsylvania Constitution and all applicable State and Federal laws on behalf of the Adelphoi Defendants.

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's injuries, sufferings, and/or damages, if any, were caused by his own conduct, negligence, recklessness, disregard, criminal and other behavior, and not in any way by the conduct of the Adelphoi Defendants.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiff's injuries, sufferings, and/or damages, if any, were caused by the conduct, negligence, recklessness, disregard, criminal or other behavior of parties over whom the Adelphoi Defendants had no control, no right of control, and in no way by the conduct of the Adelphoi Defendants.

**TENTH AFFIRMATIVE DEFENSE**

To the extent that Plaintiff's claims are barred pursuant to any judicial determination, in whole or in part, the Adelphoi Defendants claim the same.

**ELEVENTH AFFIRMATIVE DEFENSE**

The Adelphoi Defendants assert all of the defenses available to them under the Civil Rights Act of 1871.

**TWELFTH AFFIRMATIVE DEFENSE**

No act, action or omission by the Adelphoi Defendants was the proximate cause or the legal cause of any damage allegedly sustained by Plaintiff, which constitutes a complete defense to the within causes of action.

**THIRTEENTH AFFIRMATIVE DEFENSE**

The Doctrine of Respondeat Superior is not applicable to any action brought under 42 U.S.C. §1983, which prohibits the deprivation of rights secured by the United States Constitution or its law.

**FOURTEENTH AFFIRMATIVE DEFENSE**

At no time did the Adelphoi Defendants deprive Plaintiff of any right as protective under the Fourteenth Amendment to the United States Constitution, 42 U.S.C. § 1983 or any other state or federally protected right or privilege.

**FIFTEENTH AFFIRMATIVE DEFENSE**

Plaintiff's claims for punitive damages are barred by Federal and/or State law.

**SIXTEENTH AFFIRMATIVE DEFENSE**

The Adelphoi Defendants assert all defenses, immunities and/or limitations on damages set forth in the Pennsylvania Political Subdivision Tort Claims Act, 42 Pa. C.S.A.§8541 et seq.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

The Adelphoi Defendants assert all immunity and/or limitations on damages and/or liability pursuant to the Pennsylvania Mental Health Procedures Act, 50 Pa. C.S.A. §7114 (a) et seq.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

To the extent Plaintiff's claims against the Adelphoi Defendants are barred by any intervening and/or superseding cause, the Adelphoi Defendants claim the same.

**NINETEENTH AFFIRMATIVE DEFENSE**

The Adelphoi Defendants exercised due care for the safety, guidance and welfare of Plaintiff at all relevant times hereto.

**TWENTIETH AFFIRMATIVE DEFENSE**

To the extent Plaintiff's alleged injuries were caused by any employee of the Adelphoi Defendants, which is expressly denied, the employee was acting outside the scope of his or her employment where the alleged injury or injuries occurred.

**TWENTY FIRST AFFIRMATIVE DEFENSE**

At no time did the Adelphoi Defendants demonstrate any indifference, deliberate or otherwise, toward any legitimate and/or serious medical need of Plaintiff.

**TWENTY SECOND AFFIRMATIVE DEFENSE**

The treatment afforded to Plaintiff by the Adelphoi Defendants was, at all material times, in accordance with the applicable standards of professional medical care.

**TWENTY THIRD AFFIRMATIVE DEFENSE**

The Adelphoi Defendants plead all defenses afforded to them pursuant to the MCARE Act at 40 P.S. § 1303.101 et seq.

**TWENTY FOURTH AFFIRMATIVE DEFENSE**

The TAC fails to allege and/or set forth a cognizable claim for punitive damages and/or exemplary damages against the Adelphoi Defendants.

**TWENTY FIFTH AFFIRMATIVE DEFENSE**

Plaintiff's causes of action are barred in whole or reduced in part by the applicable doctrines of assumption of the risk, comparative negligence, and/or contributory negligence.

**TWENTY SIXTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the Adelphoi Defendants were at all times acting in good faith and in an objectively reasonable manner and with the reasonable belief in the lawfulness of their actions.

**TWENTY SEVENTH AFFIRMATIVE DEFENSE**

Plaintiff lacks standing to bring this litigation.

**TWENTY EIGHTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the Adelphoi Defendants are not liable for any pre-existing medical conditions which caused the alleged injuries and/or damages.

**TWENTY NINTH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

**THIRTIETH AFFIRMATIVE DEFENSE**

Plaintiff's claims are barred, in whole or in part, because the Adelphoi Defendants were not State actors.

**THIRTY FIRST AFFIRMATIVE DEFENSE**

The Adelphoi Defendants plead as an affirmative defense all requirements applicable under Pennsylvania's Certificate of Merit rule, Pa.R.C.P. 1042.1 et seq., to the extent they may be determined to apply.

The Adelphoi Defendants reserve the right to amend their Answer and Affirmative

Defenses to the TAC and to assert each and every affirmative defense as provided by Rules 8 and 12(b) of the Federal Rules of Civil Procedure or otherwise as the facts of this case are developed after investigation and discovery.

WHEREFORE, the Adelphoi Defendants hereby request this Honorable Court to dismiss the TAC and award costs and fees in their favor.

Date: October 5, 2026

By: /s/ *Stefanie M. Lacy*

Mark A. Rush
Stefanie M. Lacy
Amy M. Kerlin
K&L Gates LLP
210 Sixth Avenue
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
mark.rush@klgates.com
stefanie.lacy@klgates.com
amy.kerlin@klgates.com

Joe H. Tucker
Kathleen Kirkpatrick
Candice Kearney
Tucker Law Group
Tenn Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
jtucker@tlgattorneys.com
kkirkpatrick@tlgattorneys.com
ckearney@tlgattorneys.com

*Attorneys for Defendant Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., and Adelphoi Western Region, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TRAY DANIELS, | : | |
| Plaintiff, | : | |
| vs. | : | No. 2:26-cv-07061-JLS |
| ADELPHOI USA, ADELPHOI VILLAGE, ADELPHOI EDUCATION, INC., ADELPHOI WESTERN REGION, INC., and JOHN/JANE DOES 1-100, | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Stefanie M. Lacy, Esquire, hereby certify that on this **5th day of October 2026**, a true and correct copy of the foregoing **Defendants Adelphoi USA's, Adelphoi Village's, Adelphoi Education, Inc.'s, and Adelphoi Western Region Inc.'s Answer and Affirmative Defenses to Plaintiff's Third Amended Class Action Complaint** was filed and served upon all counsel of record via the Court's ECF System.

By: *_/s/ Stefanie M. Lacy_*

Mark A. Rush
Stefanie M. Lacy
Amy M. Kerlin
210 Sixth Avenue
K&L Gates LLP
Pittsburgh, PA 15222
Phone: (412) 355-6500
Fax: (412) 355-6501
mark.rush@klgates.com
stefanie.lacy@klgates.com
amy.kerlin@klgates.com

Joe H. Tucker

Kathleen Kirkpatrick
Candice Kearney
Tucker Law Group
Tenn Penn Center
1801 Market Street, Suite 2500
Philadelphia, PA 19103
jtucker@tlgattorneys.com
kkirkpatrick@tlgattorneys.com
ckearney@tlgattorneys.com

*Attorneys for Defendant Adelphoi USA, Adelphoi Village, Adelphoi Education, Inc., and Adelphoi Western Region, Inc.*